**MEMO ENDORSED**   ORIGINAL   SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AMERIPRISE FINANCIAL, INC., | Case No.: 07-cv-8451 (LAK) |
| Plaintiff, | ECF Case |
| - against - | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| OPPENHEIMERFUNDS DISTRIBUTOR, INC. | |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeanne M. Heffernan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> David W. Higer
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Tel: (312) 861-2000
> Fax: (312) 861-2200

David W. Higer is a member in good standing of the Bar of the States of Illinois and Idaho. There are no pending disciplinary proceedings against Mr. Higer in any State or Federal court.

Dated: 10/05/07

New York, New York

Jeanne M. Heffernan (JH 5708)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Ameriprise Financial, Inc., Plaintiff

SO ORDERED [Granted]

LEWIS A. KAPLAN, USDJ

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07