**MEMO ENDORSED**                    **ORIGINAL SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERIPRISE FINANCIAL, INC., | Case No.: 07-cv-8451 (LAK) |
| Plaintiff, | ECF Case |
| - against - | NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| OPPENHEIMERFUNDS DISTRIBUTOR, INC. | |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeanne M. Heffernan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Barry F. Irwin, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

Barry F. Irwin, P.C., is a member in good standing of the Bar of the States of Illinois and Nevada and the District of Columbia. There are no pending disciplinary proceedings against Barry F. Irwin, P.C., in any State or Federal court.

Dated: 10/04/07
New York, New York

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

_____
Jeanne M. Heffernan (JH 5708)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile:   (212) 446-4900

Attorneys for Ameriprise Financial, Inc., Plaintiff