UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

AMERIPRISE FINANCIAL, INC.,                :

                Plaintiff,            :

       -against-                        :

OPPENHEIMERFUNDS DISTRIBUTOR, INC.,  :

                Defendant.           :

                                    :

---------------------------------------------------------------- x

07 Civ. 8451 (LAK)

**NOTICE OF APPEARANCE**

FILED ELECTRONICALLY

      PLEASE TAKE NOTICE that the undersigned appears as attorney for defendant herein, and request that copies of all papers in this action be served upon him at the address stated below.

Dated: New York, New York
       October 17, 2007

                         COWAN, LIEBOWITZ & LATMAN, P.C.

                         By:    /s/ Robert W. Clarida

                            Robert W. Clarida (RC 3190)

                        1133 Avenue of the Americas
                        New York, New York 10036
                        212-790-9200

                        *Attorneys for Defendant*