Kirkland's

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERIPRISE FINANCIAL, INC.       )
                                 )
        Plaintiff,               )
                                 )   CIVIL ACTION NO. 07-8451 (LAK)
v.                               )
                                 )
OPPENHEIMERFUNDS DISTRIBUTOR,    )
INC.                             )
                                 )
        Defendant.               )

### STIPULATED REQUEST FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the plaintiff and for the defendant that the time for defendant to answer, move or otherwise respond with respect to the Complaint herein may be extended from October 22, 2007 up to and including November 5, 2007. No previous extension has been requested or granted. The extension is necessary because Defendant has only recently retained counsel to represent it in this action, and said counsel requires the additional time to prepare an appropriate response. Counsel for both parties consent to this requested extension.

Dated:   New York, New York
         October 16, 2007

                              KIRKLAND & ELLIS LLP
                              Attorneys for Plaintiff

                              By: _____
                                  Jeanne M. Heffernan   (JH 5708)
                              153 E. 53rd Street
                              New York, NY 10022
                              (212) 446-4800

RWC/RWC/00001/546/220195.01
27409/000/775234.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant

By: _____
ROBERT W. CLARIDA (RC 3190)
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9266

SO ORDERED: _____

10/17/07

RWC/RWC/00001/546/220195.01

27409/000/775234.1

-2-