


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERIPRISE FINANCIAL, INC.  )
                       Plaintiff,  )
                                 )   CIVIL ACTION NO. 07-8451(LAK)
v.                           )
                                 )
OPPENHEIMERFUNDS DISTRIBUTOR, )
INC.                         )
                                 )
                    Defendant.  )

**STIPULATED REQUEST FOR EXTENSION OF TIME**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the plaintiff and for the defendant that the time for defendant to answer, move or otherwise respond with respect to the Complaint herein may be extended from November 5, 2007 up to and including <u>December 5, 2007</u>. One previous fourteen-day extension of the date for defendant to answer, move or respond has been granted. The extension is necessary because the parties are engaged in good faith settlement negotiations and believe that a timely and amicable resolution is possible. Counsel for both parties consent to this requested extension.

Dated:   New York, New York
            October 31, 2007

KIRKLAND & ELLIS LLP
Attorneys for Plaintiff

By: _Jeanne M. Heffernan / RWa_
    Jeanne M. Heffernan (JH 5708)
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

RWC/RWC/00001/546/220195.01
11900/005/809258.1

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendant

By: _____
ROBERT W. CLARIDA (RC 3190)
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9266

SO ORDERED: _____

11/1/07